# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THR CALIFORNIA L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE TAYLOR; MARIA G. TAYLOR; and DOES 1-10,<br><br>    Defendants. | Case No. 14-cv-00636 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge William H. Orrick to determine whether it is related to *THR California L.P. v. Steve Taylor, et al.*, No. 13-cv-02750 WHO.

IT IS SO ORDERED.

Date: February 19, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge